**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID M. SAMUELS, SB# 155254
E-Mail: David.Samuels@lewisbrisbois.com
HEATHER J. HAMBY, SB# 235255
E-Mail: Heather.Hamby@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for NOBLE HOUSE ARGONAUT, LLC, WILDCATS OWNER, LLC, and WILDCATS LESSEE, LLC (erroneously sued and served herein as Noble House Hotels & Resorts and Pebblebrook Hotel Trust dba Argonaut Hotel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI ANN SHINE, a Nevada resident,

Plaintiff,

vs.

PEBBLEBROOK HOTEL TRUST dba ARGONAUT HOTEL; a Maryland public corporation; NOBLE HOUSE HOTELS & RESORTS, a Washington corporation; and DOES 1 - 10,

Defendants.

CASE NO. 3:19-cv-02864-LB

[Assigned for all purposes to Magistrate Judge Laurel Beeler]

**DEFENDANTS NOBLE HOUSE ARGONAUT, WILDCATS OWNER, LLC, AND WILDCATS LESSEE, LLC,'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Action Filed: May 23, 2019
Trial Date: None Set

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned, on behalf of Defendants NOBLE HOUSE ARGONAUT, LLC, WILDCATS OWNER, LLC, and WILDCATS LESSEE, LLC, (collectively referred to as the "Defendants"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal:

(1) Plaintiff Lori Ann Shine;

(2) Roger S. Doyle of Doyle Law Office, PLLC, counsel of record for Plaintiff;

(3) Noble House Argonaut;

(4) Wildcats Owner, LLC;

(5) Wildcats Lessee, LLC;

(6) The law firm of Lewis Brisbois Bisgaard & Smith LLP, and attorneys associated therewith, counsel of record for Defendants; and

(7) Liberty Mutual Insurance Company, and its affiliated entities and employees.

DATED: September 25, 2019

DAVID M. SAMUELS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ David M. Samuels
David M. Samuels
Attorneys for Defendants
NOBLE HOUSE ARGONAUT, LLC, WILDCATS OWNER, LLC, and WILDCATS LESSEE, LLC

## FEDERAL COURT PROOF OF SERVICE

Shine v. Pebblebrook Hotel Trust dba Argonaut Hotel, et al. - Case No. Case No.: 3:19-CV-02864-LB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 25, 2019, I served the following document(s): **DEFENDANTS NOBLE HOUSE ARGONAUT, WILDCATS OWNER, LLC, AND WILDCATS LESSEE, LLC,'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Roger S. Doyle, Esq.
DOYLE LAW OFFICE, PLLC
4600 Kietzke Lane, Ste. 1-207
Reno, NV 89502
Tel.: (775) 525-0889
E-Mail: admin@doylelaw.com
*Attorney for Plaintiff,*
*LORI ANN SHINE*

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 25, 2019, at Los Angeles, California.

Chris Trestrail



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW